B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois model plan** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The 800 Building, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**42-1542596** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**800 S. 4th St.**<br>**Louisville, KY**<br>ZIP Code **40202** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1016 W. Hollywood Ave., Ste. 102**<br>**Chicago, IL**<br>ZIP Code **60660** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**The 800 Building, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**1016 West Hollywood, LLC** | Case Number:<br>**14-02696** | Date Filed:<br>**1/29/14** |
| District:<br>**Northern District of Illinois** | Relationship:<br>**Affiliate** | Judge:<br>**Jacqueline P. Cox** |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
|   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>  ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
|   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>                 _____<br>                 (Name of landlord that obtained judgment)<br><br><br>                 _____<br>                 (Address of landlord)<br><br>  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>  ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**The 800 Building, LLC**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David J. Fischer**
Signature of Attorney for Debtor(s)

**David J. Fischer 813745**
Printed Name of Attorney for Debtor(s)

**Locke Lord LLP**
Firm Name

**600 Congress Avenue, Suite 2200**
**Austin, TX 78701**

_____
Address

**512-305-4700  Fax: 512-305-4800**
Telephone Number

**May 15, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leon Petcov**
Signature of Authorized Individual

**Leon Petcov**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May 15, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| THE 800 BUILDING, LLC,[1] | Case No. 15-_____ |
| Debtor. | Hon. _____ |

**DOCUMENTS FILED IN CONNECTION**
**WITH THE DEBTOR'S VOLUNTARY CHAPTER 11 PETITION**

| | |
|---|---|
| Rider 1 | Written Consent of the Member/Manager |
| Rider 2 | Creditor Mailing Matrix |
| Rider 3 | List of Equity Security Holders of the Debtor |
| Rider 4 | Corporate Ownership Statement |
| Rider 5 | List of Creditors Holding the 20 Largest Unsecured Claims |
| Rider 6 | Declaration Regarding Electronic Filing |

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 2596. The location of the Debtor's place of business is 800 South 4th Street, Louisville, Kentucky 40202.

## Rider 1

**Written Consent of the Member/Manager**

**(Attached)**

**THE 800 BUILDING, LLC**

**WRITTEN CONSENT OF THE MANAGING MEMBER**

**May 13, 2015**

As of this 13th of May, 2015, the undersigned being the majority member and manager (the "**Manager**") of THE 800 BUILDING, LLC, an Illinois limited liability company  (the "**Company**"), do hereby take the following actions and adopt the following resolutions by unanimous written consent:

WHEREAS, the Manager has reviewed and considered the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business.

WHEREAS, the Company deems it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

WHEREAS, the Manager, as sole managing member, deems it advisable and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

WHEREAS, the Manager, as sole managing member, has the full authority, in the name and on behalf of the Company under the Company's Operating Agreement, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, as such time as said Manager executing the same shall determine.

WHEREAS, the Manager, as sole managing member, has the full authority to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which it deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such chapter 11 case.

WHEREAS, the Manager, as sole managing member, has full authority in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of the Manager shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure, and

ownership of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

WHEREAS, the Company deems it advisable to name any member or manager of the Company (each, an "**_Authorized Officer_**") as an authorized signatory of the Company and to authorize the Authorized Officer to execute either individually or with any other Authorized Officers any and all documents necessary required to effectuate the purposes of the following resolutions.

NOW THEREFORE, BE IT:

**RESOLVED**, that any Authorized Officer, acting alone or with one or more other Authorized Officer, with power of delegation, be, and they hereby are, authorized to serve as an authorized agent of the Company and are authorized to execute either individually or with any Authorized Officer any and all documents required to consummate the transactions contemplated herein; and

**FURTHER RESOLVED**, that any Authorized Officer, as authorized signatory of the Company, shall be authorized, empowered and directed to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered and directed to: (a) execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers; (b) take any and all management action necessary, appropriate, desirable, or proper to assist the Company in the chapter 11 case, with a view to the successful prosecution of such chapter 11 case, including, without limitation, any action necessary to (i) maintain the ordinary course operation of the Company's business and (ii) to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals (including, without limitation, Locke Lord LLP as restructuring counsel) and an appraiser to assist the Company in the chapter 11 case and in carrying out its duties under the provisions of the Bankruptcy Code; and (c) to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection therewith; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure, and ownership of the Company consistent with the foregoing resolutions and to

carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered, and directed, acting singly, to take any and all other actions as the Authorized Officer deems appropriate to effectuate the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts and deed heretofore done or taken by any Authorized Officer in carrying out the terms and intentions of these resolutions are hereby in all respects ratified, confirmed, and approved; and

**FURTHER RESOLVED**, that this consent may be executed in one or more counterparts (including by means of electronically transmitted copies of signature pages), all of which taken together shall constitute one and the same written consent.

*[Intentionally left blank. Signature page follows.]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent in his

capacity as the manager of the Company as of the 13th day of May, 2015.

Leon Petcov
Managing Member

## **Rider 2**

**Creditor Mailing Matrix**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| THE 800 BUILDING, LLC,[1] | Case No. 15-_____ |
| Debtor. | Hon. _____ |

**VERIFICATION OF CREDITOR MATRIX**

I, the undersigned manager of the above-captioned 11 debtor, declare under penalty of

perjury that I have reviewed the following creditor matrix and that it is true and correct as of the

date hereof, to the best of my knowledge, information, and belief.

Dated: May 15, 2015
Chicago, Illinois

By:   */s/Leon Petcov*   _____
Name:   Leon Petcov
Title:    Managing Member
          The 800 Building, LLC

---

[1]     Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 2596.  The location of the Debtor's place of business is 800 South 4th Street, Louisville, Kentucky 40202.

2006 Heyburn Building, LLC
332 W. Broadway
Louisville, KY 40203


Chase Environmental Group, Inc.
Attn: Michael Mills, Reg'd Agent
11450 Watterson Ct.
Louisville, KY 40299


Commercial Management, LLC
332 W. Broadway, Ste. 201
Louisville, KY 40203


Department of the Treasury, IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114


Evens Time, Inc.
Attn: Earl Mullins Jr., Reg'd Agent
1012 South Forth St.
Louisville, KY 40203


Fine Homes, LLC
Attn: Alex Loyfman, Reg'd Agent
4117 W. Oakton
Skokie, IL 60076


International Bank of Chicago
Attn: John Benson, Exec. VP & COO
1210 Central Avenue
Wilmette, IL 60091


IPFS Corporation
Attn: Corp. Service Co., Reg'd Agnt
421 W. Main Street
Frankfort, KY 40601


JBS & Assocs. Accnts and Consltants
Attn: Jeffrey B. Stolberg, Pres.
3700 W. Devon Ave., Ste. E
Lincolnwood, IL 60712

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602


Louisville Gas & Electric
P.O. Box 9001960
Louisville, KY 40290-1960


Louisville Gas & Electric
P.O. Box 9001960
Louisville, KY 40290-1960


Louisville Gas & Electric
Attn: Registered Agent
220 West Main Street
Louisville, KY 40202


Louisville Gas & Electric
Attn: Registered Agent
220 West Main Street
Louisville, KY 40202


Louisville Water Company
Attn: Barbara Dickens, Reg. Agnt
550 S. 3rd St.
Louisville, KY 40202


Matherly Land Consultants, PPLC
Attn: Al Matherly, Reg'd Agent
1302 Tycoon Way
Louisville, KY 40213


Rentpath, Inc.
Attn. C T Corp. Sys., Reg'd Agent
1201 Peachtree St, NE
Atlanta, GA 30361


Republic Bank of Chicago
Attn: Loan Operations
2221 Camden Ct., Fl. 1
Oak Brook, IL 60523

Rumpke of Kentucky, Inc.
Attn: C T Corp. Sys., Reg'd Agent
306 W. Main St., Suite 512
Frankfort, KY 40601


The Murphy Elevator Co.
Attn: D. Gregory Carlisle, Reg. Agt
128 E. Main St.
Louisville, KY 40202


Tikijian Associates
Attn: George Tikijian, President
3755 E. 82nd St., Ste. 265
Indianapolis, IN 46240


Wyatt, Tarrant & Combs, LLP
Attn: Michael Vincenti, Partner
500 W Jefferson St., Ste. 2800
Louisville, KY 40202

**<u>Rider 3</u>**

**List of Equity Security Holders of the Debtor**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| THE 800 BUILDING, LLC,[1] | Case No. 15-_____ |
| Debtor. | Hon. _____ |

**LIST OF EQUITY SECURITY HOLDERS OF THE DEBTOR**

In accordance with Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are the owners all the of the Debtor's equity interests:

| Member | Nature of Interest | Percentage of Interest Held |
|---|---|---|
| Leon Petcov | Membership Interests | 95% |
| Helen Petcov | Membership Interests | 5% |

I, the undersigned member and manger of the above-captioned 11 debtor, declare under penalty of perjury that I have reviewed the forgoing list and that it is true and correct as of the date hereof, to the best of my knowledge, information, and belief.

Dated: May 15, 2015
Chicago, Illinois

By:   /s/Leon Petcov
Name:   Leon Petcov
Title:   Managing Member
         The 800 Building, LLC

---

[1]   Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 2596.  The location of the Debtor's place of business is 800 South 4th Street, Louisville, Kentucky 40202.

**Rider 4**

**Corporate Ownership Statement**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| THE 800 BUILDING, LLC,[1] | Case No. 15-_____ |
| Debtor. | Hon. _____ |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned proposed counsel for The 800 Building, LLC in the above-captioned proceeding (the "***Debtor***"), certifies that the there are no corporations that own 10% or more of any class of the Debtor's equity interests.

Dated: May 15, 2015
Chicago, Illinois

*/s/ David J. Fischer*
David J. Fischer
Locke Lord LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
Email: david.fischer@lockelord.com

---

[1]   Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 2596.  The location of the Debtor's place of business is 800 South 4th Street, Louisville, Kentucky 40202.

**<u>Rider 5</u>**

**List of Creditors Holding the 20 Largest Unsecured Claims**

**(Attached)**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois model plan

In re   **The 800 Building, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **2006 Heyburn Building, LLC**<br>**332 W. Broadway**<br>**Louisville, KY 40203** | **2006 Heyburn Building, LLC**<br>**332 W. Broadway**<br>**Louisville, KY 40203** | | | **21,400.00** |
| **Chase Environmental Group, Inc.**<br>**Attn: Michael Mills, Reg'd Agent**<br>**11450 Watterson Ct.**<br>**Louisville, KY 40299** | **Chase Environmental Group, Inc.**<br>**Attn: Michael Mills, Reg'd Agent**<br>**11450 Watterson Ct.**<br>**Louisville, KY 40299** | | | **14,356.70** |
| **Commercial Management, LLC**<br>**332 W. Broadway, Ste. 201**<br>**Louisville, KY 40203** | **Commercial Management, LLC**<br>**332 W. Broadway, Ste. 201**<br>**Louisville, KY 40203** | | | **18,000.00** |
| **Department of the Treasury, IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | **Department of the Treasury, IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | | | **Unknown** |
| **Evens Time, Inc.**<br>**Attn: Earl Mullins Jr., Reg'd Agent**<br>**1012 South Forth St.**<br>**Louisville, KY 40203** | **Evens Time, Inc.**<br>**Attn: Earl Mullins Jr., Reg'd Agent**<br>**1012 South Forth St.**<br>**Louisville, KY 40203** | | | **1,541.58** |
| **Fine Homes, LLC**<br>**Attn: Alex Loyfman, Reg'd Agent**<br>**4117 W. Oakton**<br>**Skokie, IL 60076** | **Fine Homes, LLC**<br>**Attn: Alex Loyfman, Reg'd Agent**<br>**4117 W. Oakton**<br>**Skokie, IL 60076** | | **Contingent Unliquidated Disputed Subject to Setoff** | **Unknown** |
| **IPFS Corporation**<br>**Attn: Corp. Service Co., Reg'd Agnt**<br>**421 W. Main Street**<br>**Frankfort, KY 40601** | **IPFS Corporation**<br>**Attn: Corp. Service Co., Reg'd Agnt**<br>**421 W. Main Street**<br>**Frankfort, KY 40601** | | | **8,661.58** |

B4 (Official Form 4) (12/07) - Cont.

In re   **The 800 Building, LLC**                                        Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| JBS & Assocs. Accnts and Consltants<br>Attn: Jeffrey B. Stolberg, Pres.<br>3700 W. Devon Ave., Ste. E<br>Lincolnwood, IL 60712 | JBS & Assocs. Accnts and Consltants<br>Attn: Jeffrey B. Stolberg, Pres.<br>3700 W. Devon Ave., Ste. E<br>Lincolnwood, IL 60712 | | | 2,000.00 |
| Kentucky Department of Revenue<br>Legal Branch - Bankruptcy Section<br>P.O. Box 5222<br>Frankfort, KY 40602 | Kentucky Department of Revenue<br>Legal Branch - Bankruptcy Section<br>P.O. Box 5222<br>Frankfort, KY 40602 | | | Unknown |
| Louisville Gas & Electric<br>P.O. Box 9001960<br>Louisville, KY 40290-1960 | Louisville Gas & Electric<br>P.O. Box 9001960<br>Louisville, KY 40290-1960 | | | 11,717.63 |
| Louisville Gas & Electric<br>P.O. Box 9001960<br>Louisville, KY 40290-1960 | Louisville Gas & Electric<br>P.O. Box 9001960<br>Louisville, KY 40290-1960 | | | 8,489.43 |
| Louisville Water Company<br>Attn: Barbara Dickens, Reg. Agnt<br>550 S. 3rd St.<br>Louisville, KY 40202 | Louisville Water Company<br>Attn: Barbara Dickens, Reg. Agnt<br>550 S. 3rd St.<br>Louisville, KY 40202 | | | 19,709.02 |
| Matherly Land Consultants, PPLC<br>Attn: Al Matherly, Reg'd Agent<br>1302 Tycoon Way<br>Louisville, KY 40213 | Matherly Land Consultants, PPLC<br>Attn: Al Matherly, Reg'd Agent<br>1302 Tycoon Way<br>Louisville, KY 40213 | | | 2,500.00 |
| Rentpath, Inc.<br>Attn. C T Corp. Sys., Reg'd Agent<br>1201 Peachtree St, NE<br>Atlanta, GA 30361 | Rentpath, Inc.<br>Attn. C T Corp. Sys., Reg'd Agent<br>1201 Peachtree St, NE<br>Atlanta, GA 30361 | | | 8,260.00 |
| Rumpke of Kentucky, Inc.<br>Attn: C T Corp. Sys., Reg'd Agent<br>306 W. Main St., Suite 512<br>Frankfort, KY 40601 | Rumpke of Kentucky, Inc.<br>Attn: C T Corp. Sys., Reg'd Agent<br>306 W. Main St., Suite 512<br>Frankfort, KY 40601 | | | 2,469.00 |
| The Murphy Elevator Co.<br>Attn: D. Gregory Carlisle, Reg. Agt<br>128 E. Main St.<br>Louisville, KY 40202 | The Murphy Elevator Co.<br>Attn: D. Gregory Carlisle, Reg. Agt<br>128 E. Main St.<br>Louisville, KY 40202 | | | 5,807.96 |

B4 (Official Form 4) (12/07) - Cont.

In re **The 800 Building, LLC**                                          Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Tikijian Associates**<br>**Attn: George Tikijian, President**<br>**3755 E. 82nd St., Ste. 265**<br>**Indianapolis, IN 46240** | **Tikijian Associates**<br>**Attn: George Tikijian, President**<br>**3755 E. 82nd St., Ste. 265**<br>**Indianapolis, IN 46240** | | **Contingent** | **400,000.00** |
| **Wyatt, Tarrant & Combs, LLP**<br>**Attn: Michael Vincenti, Partner**<br>**500 W Jefferson St., Ste. 2800**<br>**Louisville, KY 40202** | **Wyatt, Tarrant & Combs, LLP**<br>**Attn: Michael Vincenti, Partner**<br>**500 W Jefferson St., Ste. 2800**<br>**Louisville, KY 40202** | | | **210,000.00** |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 15, 2015**                    Signature   **/s/ Leon Petcov**
                                                       **Leon Petcov**
                                                       **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**<u>Rider 6</u>**

**Declaration Regarding Electronic Filing**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| THE 800 BUILDING, LLC,[1] | Case No. 15-_____ |
| Debtor. | Hon. _____ |

**DECLARATION REGARDING ELECTRONIC FILING OF**
**PETITION AND ACCOMPANYING DOCUMENTS**

A.   [To be completed in all cases.]

I, Leon Petcov, the managing member of the above-captioned debtor and debtor in possession (the "*Debtor*") hereby declare under penalty of perjury that: (1) the information I have given the Debtor's proposed counsel is true and correct to the best of my information, knowledge, and belief; (2) I have reviewed the petition, statements, schedules, and other documents being filed with the Debtor's voluntary petition; and (3) the documents are true and correct to the best of my knowledge, information, and belief.

B.   [to be checked and applicable only if the petition is
for a corporation or other limited liability entity.]

☒ I, Leon Petcov, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the Debtor.
The 800 Building, LLC
Printed or Typed Name of Debtor

_Leon Pch_
_____
Signature of Debtor or Representative
Leon Petcov, Managing Member

May 13, 2015
_____
Date

---

[1]   Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 2596. The location of the Debtor's place of business is 800 South 4th Street, Louisville, Kentucky 40202.

AM 49496135.1