**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| 1016 WEST HOLLYWOOD, LLC,[1] | Case No. 14-02696 |
| Reorganized Debtor. | Hon. Jacqueline P. Cox |
| In re: | Chapter 11 Reorganization |
| THE 800 BUILDING, LLC,[2] | Case No. 15-17314 |
| Reorganized Debtor. | Hon. Jacqueline P. Cox |

**AMENDED[3] NOTICE OF MOTION**

TO: See attached Service List

     **PLEASE TAKE NOTICE** that on **Tuesday, November 7, 2017 at 9:30 a.m. Central Time**, or as soon thereafter as counsel may be heard, the undersigned will appear before United States Bankruptcy Judge Jacqueline P. Cox, or any other judge sitting in her stead, in Courtroom 680 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Reorganized Debtors' Joint Motion for Entry of Final Decrees Closing Cases*, a copy of which is hereby served upon you, at which time and place you may appear as you see fit.

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Hollywood Debtor's federal tax identification number are: 1721. The location of the Hollywood Debtor's place of business is 1016 West Hollywood Avenue, Chicago, Illinois 60660.

[2] Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the 800 Building Debtor's federal tax identification number are: 2596. The location of the 800 Building Debtor's place of business is 820 South 4th Street, Louisville, Kentucky 40202, and its address for notice purposes is 1016 West Hollywood Avenue, Chicago, Illinois 60660, Attn: Leon Petcov, Manager.

[3] This *Amended Notice of Motion* is filed in order to correct a typographical error made in the original *Notice of Motion* regarding the hearing date. *See* Hollywood Debtor Bankruptcy Docket, No. 258; 800 Building Debtor Bankruptcy Docket, No. 183.

AM 67338287.1

Dated: October 16, 2017

Respectfully submitted,

**1016 WEST HOLLYWOOD, LLC, AND THE 800 BUILDING, LLC**

By: */s/Phillip W. Nelson*
　　　One of Their Attorneys

David J. Fischer
Phillip W. Nelson
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 855-587-1388
david.fischer@lockelord.com
phillip.nelson@lockelord.com
*Counsel to the Reorganized Debtors*

## Service List

**For the Hollywood Debtor –**

**Via U.S. Mail**

1st Equity Bank Northwest
Attn: Daniel Lynch
Amy J. Hansen
Lynch & Stern LLP
150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

Adam Hecht
158 Circle Ridge Drive
Burr Ridge, IL 60527

Alexander Kogan Revocable Trust
B. Freud - Ruff, Weidenarr & Reidy
222 North LaSalle Street, 700
Chicago, IL 60601

City of Chicago Water Management
c/o Susana Mendoza, City Clerk
121 N. LaSalle Street
Chicago, IL 60602

Everest Elevator, Inc.
c/o Joseph Hancock, President
9054 Terminal Ave.
Skokie, Illinois 60077

Exposition Carpet, Inc.
c/o Marshall Isaacson, President
5718 North Broadway
Chicago, IL 60660

AM 67338287.1

Fine Homes, LLC
Attn: Alex Loyfman, Registered Agent
4117 W. Oakton
Skokie, IL 60076

International Bank of Chicago
Attn: Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy., Suite 350
Park Ridge, Illinois 60068

Fine Homes, LLC
Attn: Richard E. Steck
Jody Rosenbaum
Richard E. Steck & Associates
140 S. Dearborn Street, Suite 1610
Chicago, Illinois 60603

Lena Kogan Revocable Trust
c/o B. Freud - Ruff, Weidenaar & Reidy
222 North LaSalle Street, Suite 700
Chicago, IL 60601

Tricia Putzy
311 W. Superior Street, Suite 500
Chicago, IL 60654

Waste Management, Inc.
Attn: Commercial Billing
700 E. Butterfield Road, 4th Fl.
Lombard, IL 60148

AM 67338287.1                                      2

Waste Management, Inc.
c/o CT Corporation System
Waste Management of Illinois, Inc.
208 S. LaSalle St., Suite 814
Chicago, Illinois 60604

Commonwealth Edison Co.
c/o Legal Revenue Recovery / Claims Dept.
Three Lincoln Center
Oakbrook Terrance, Illinois 60181

Peoples Gas Light and Coke Company
Attn: Bankruptcy Dept.
130 E. Randolph Dr.
Chicago, Illinois 60601

Office of the United States of the Trustee
Attn: Kathryn M. Gleason
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

Daniel J. Voelker
Voelker Litigation Group
311 West Superior St., Suite 500
Chicago, Illinois 60654

Illinois Department of Revenue, Bankruptcy
100 W. Washington Street, 7-400
Chicago, IL 60601

AM 67338287.1                              3

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

United States Attorney
219 South Dearborn Street
Chicago, IL 60604

Territory Manager, Insolvency Territory 7
Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5000 CHI, Room 3022
Chicago, IL 60604

**Via Electronic Case Filing System Service**

- Paul M Bauch on behalf of Creditor Joseph & Igor Vilk
  pbauch@bauch-michaels.com, smohan@bauch-michaels.com

- Amy J Hansen on behalf of Creditor 1st Equity Bank Northwest
  ahansen@lstllp.com, docketing@lstllp.com

- Amy J Hansen on behalf of Defendant 1st Equity Bank Northwest
  ahansen@lstllp.com, docketing@lstllp.com

- Gregory J Jordan on behalf of Attorney Gregory J Jordan
  gjordan@jz-llc.com

- Gregory J Jordan on behalf of Attorney Mark Zito
  gjordan@jz-llc.com

- Michael B Kind on behalf of Debtor 1 1016 West Hollywood, LLC
  michael.kind@lockelord.com,
  karen.soto@lockelord.com;ChicagoDocket@lockelord.com

AM 67338287.1                                   4

- Patrick S Layng
  USTPRegion11.ES.ECF@usdoj.gov

- Daniel F Lynch on behalf of Creditor 1st Equity Bank Northwest
  dlynch@lstllp.com, docketing@lstllp.com

- Daniel F Lynch on behalf of Defendant 1st Equity Bank Northwest
  dlynch@lstllp.com, docketing@lstllp.com

- Kenneth A. Michaels, Jr on behalf of Creditor Joseph & Igor Vilk
  kmichaels@bauch-michaels.com, pbauch@bauch-michaels.com

- Phillip W. Nelson on behalf of Attorney Edward Wildman
  phillip.nelson@lockelord.com,
  karen.soto@lockelord.com;ChicagoDocket@lockelord.com

- Phillip W. Nelson on behalf of Debtor 1 1016 West Hollywood, LLC
  phillip.nelson@lockelord.com,
  karen.soto@lockelord.com;ChicagoDocket@lockelord.com

- Phillip W. Nelson on behalf of Plaintiff 1016 West Hollywood, LLC
  phillip.nelson@lockelord.com,
  karen.soto@lockelord.com;ChicagoDocket@lockelord.com

- Jody B Rosenbaum on behalf of Creditor Fine Homes, LLC
  jodyrosenbaum@yahoo.com

- Carolina Y. Sales on behalf of Creditor Joseph & Igor Vilk
  csales@bauch-michaels.com, smohan@bauch-michaels.com

- Michael Lee Tinaglia on behalf of Creditor International Bank of Chicago
  mltinaglia@tinaglialaw.com, jmwretzky@tinaglialaw.com

- Daniel J Voelker on behalf of Creditor Fine Homes, LLC
  dvoelker@voelkerlitigationgroup.com

AM 67338287.1                    5

**For the 800 Building Debtor –**

**Via U.S. Mail**

| | |
|---|---|
| 2006 Heyburn Building, LLC<br>Attn:  Leon Petcov, Manager<br>332 W. Broadway<br>Louisville, KY  40203 | Chase Environmental Group, Inc.<br>Attn: Michael Mills, Reg'd Agent<br>11450 Watterson Ct.<br>Louisville, KY  40299 |
| Commercial Management, LLC<br>Attn:  Leon Petcov, Manager<br>332 W. Broadway, Ste. 201<br>Louisville, KY  40203 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Evens Time, Inc.<br>Attn: Earl Mullins Jr., Reg'd Agent<br>1012 South Forth St.<br>Louisville, KY  40203 | Fine Homes, LLC<br>Attn: Alex Loyfman, Reg'd Agent<br>4117 W. Oakton<br>Skokie, IL  60076 |
| International Bank of Chicago<br>Attn: John Benson, Exec. VP & COO<br>1210 Central Avenue<br>Wilmette, IL  60091 | IPFS Corporation<br>Attn: Corp. Service Co., Reg'd Agnt<br>421 W. Main Street<br>Frankfort, KY  40601 |
| JBS & Assocs. Accnts and Consltants<br>Attn: Jeffrey B. Stolberg, Pres.<br>3700 W. Devon Ave., Ste. E<br>Lincolnwood, IL  60712 | Kentucky Department of Revenue<br>Legal Branch - Bankruptcy Section<br>P.O. Box 5222<br>Frankfort, KY  40602 |
| Louisville Gas & Electric<br>P.O. Box 9001960<br>Louisville, KY  40290-1960 | Louisville Water Company<br>Attn: Barbara Dickens, Reg. Agnt<br>550 S. 3rd St.<br>Louisville, KY  40202 |

Matherly Land Consultants, PPLC
Attn: Al Matherly, Reg'd Agent
1302 Tycoon Way
Louisville, KY  40213

Rentpath, Inc.
Attn. C T Corp. Sys., Reg'd Agent
1201 Peachtree St, NE
Atlanta, GA  30361

Republic Bank of Chicago
Attn: Loan Operations
2221 Camden Ct., Fl. 1
Oak Brook, IL  60523

Rumpke of Kentucky, Inc.
Attn: C T Corp. Sys., Reg'd Agent
306 W. Main St., Suite 512
Frankfort, KY  40601

The Murphy Elevator Co.
Attn: D. Gregory Carlisle, Reg. Agt
128 E. Main St.
Louisville, KY  40202

Tikijian Associates
Attn: George Tikijian, President
3755 E. 82nd St., Ste. 265
Indianapolis, IN  46240

800 City Apartments LLC
c/o Jonathan R. Borenstein, Partner
Honigman Miller Schwartz and Cohn LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI  48304-5151

Louisville Gas & Electric
Attn: Registered Agent
220 West Main Street
Louisville, KY  40202

1st Equity Bank Northwest
C/O: Daniel Lynch & Amy Hansen
Lynch Stern Thompson LLP
150 South Wacker Drive, Suite 2600
Chicago, Illinois 60606

International Bank of Chicago
C/O: Michael Lee Tinaglia &
J. Molly Wretsky
Law Offices of Michael Lee Tinaglia
444 N. Northwest Hwy., Suite 350
Park Ridge, Illinois 60068

Attorney General of Kentucky
700 Capitol Avenue, Suite 118
Frankfort, Kentucky 40601-3449

Office of the United States Trustee
Attn: Kathryn M. Gleason
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

Fine Homes, LLC
C/O: Richard E. Steck & Jody Rosenbaum
Richard E. Steck & Associates
140 S. Dearborn St., Suite 1610
Chicago, Illinois 60603

Fine Homes, LLC
C/O: Daniel J. Voelker
Voelker Litigation Group
311 West Superior St., Ste. 500
Chicago, Illinois 60654

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

U.S. Environmental Protection Agency
Richard L. Nagle – Bankruptcy Contact
US EPA Region 5
Mail Code: C-14J
Chicago, Illinois 60604

Kentucky Department of Environmental Protection
c/o Ron Lovitt, Supervisor
Division of Waste Management
200 Fair Oaks Lane
Frankfort, Kentucky 40601

United States Attorney's Office
Northern District of Illinois,
Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604

**Via Electronic Case Filing System Service**

- Paul M Bauch on behalf of Creditor Joseph & Igor Vilk
  pbauch@bauch-michaels.com, smohan@bauch-michaels.com

- Judy B Calton on behalf of Creditor 800 City Apartments, LLC
  jcalton@honigman.com

- Edward P. Freud on behalf of Creditor Republic Bank of Chicago
  epfreud@rfbnlaw.com

- Mary L Fullington on behalf of Creditor Wyatt, Tarrant & Combs, LLP
  lexbankruptcy@wyattfirm.com

- Amy J Hansen on behalf of Other Prof. 1st Equity Bank Northwest
  ahansen@lstllp.com, docketing@lstllp.com

- Gregory J Jordan on behalf of Attorney Gregory J Jordan
  gjordan@jz-llc.com

- Gregory J Jordan on behalf of Attorney Mark Zito
  gjordan@jz-llc.com

- Patrick S Layng
  USTPRegion11.ES.ECF@usdoj.gov

- Daniel F Lynch on behalf of Other Prof. 1st Equity Bank Northwest
  dlynch@lstllp.com, docketing@lstllp.com

- Kenneth A. Michaels, Jr on behalf of Creditor Joseph & Igor Vilk
  kmichaels@bauch-michaels.com, pbauch@bauch-michaels.com

- Phillip W. Nelson on behalf of Broker Tikijian Associates
  phillip.nelson@lockelord.com,
  karen.soto@lockelord.com;ChicagoDocket@lockelord.com

- Phillip W. Nelson on behalf of Debtor 1 The 800 Building, LLC
  phillip.nelson@lockelord.com,
  karen.soto@lockelord.com;ChicagoDocket@lockelord.com

- Carolina Y. Sales on behalf of Creditor Joseph & Igor Vilk
  csales@bauch-michaels.com, smohan@bauch-michaels.com

- Michael Lee Tinaglia on behalf of Creditor International Bank of Chicago
  mltinaglia@tinaglialaw.com, jmwretzky@tinaglialaw.com

## Certificate of Service

  I, Phillip W. Nelson, an attorney, certify that I caused a copy of (a) the foregoing *Amended Notice of Motion,* (b) the related *Reorganized Debtors' Joint Motion for Entry of a Final Decree Closing Cases* (the "**Motion**") to be served on the foregoing Service List via first class U.S. mail on October 16, 2017 and via the Court's ECF System on those parties entitled to electronic service.

Date: October 16, 2017      */s/Phillip W. Nelson*
                Phillip W. Nelson
                LOCKE LORD LLP
                111 South Wacker Drive
                Chicago, Illinois 60606
                Telephone: 312-443-0700
                Facsimile: 312-443-0336
                phillip.nelson@lockelord.com