UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-17314 |
| | ) | |
| THE 800 BUILDING, LLC, | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION
OF LOCKE LORD LLP, COUNSEL TO THE 800 BUILDING, LLC,
AS DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM MAY 15, 2015, TO AND INCLUDING JANUARY 28, 2016**

Upon the application (the "Final Application") of Locke Lord LLP ("Locke Lord"), counsel to
The 800 Building, LLC, as debtor and debtor in possession (the "800 Building Debtor" or the "Debtor")
for entry of an order (this "Order") approving payment to Locke Lord for compensation for professional
services rendered to the Debtor and reimbursement for actual and necessary expenses incurred in
connection with such services from May 15, 2015, to and including January 28, 2016; this Court having
jurisdiction over this matter pursuant to 28 U.S.C. § 1334; this matter being a core proceeding pursuant
to 28 U.S.C. § 157(b)(2); venue being proper pursuant to 28 U.S.C. § 1408; the Court having reviewed
the Final Application and the exhibits thereto; the Court having considered the statements of counsel
made on the record at the hearing conducted on the First Interim Fee Application; the Debtor having
provided appropriate notice under the circumstances for the First Interim Fee Application and
opportunity for a hearing on the First Interim Fee Application, and no other or further notice being
required; and the Court having determined that the factual and legal bases set forth in the First Interim
Fee Application establish just cause for the relief granted in this Order,

IT IS HEREBY ORDERED THAT:

1. The Final Application is approved as set forth herein.  All capitalized terms used as defined terms
but not defined herein shall have the meanings set forth in the Final Application.

2. Compensation to Locke Lord for professional services rendered during the Fee Period is allowed
on a final basis in the amount of $228,393.50.

3. Reimbursement to Locke Lord for expenses incurred during the Fee Period is allowed on a final
basis in the amount of $3,810.32.

4. The 800 Building Debtor is authorized and directed to pay Locke Lord all fees and expenses
allowed pursuant to this Order, net of the amount of amounts already paid to Locke Lord on an interim
basis.

5. All fees and expenses previously paid to Locke Lord, including but not limited to those amounts
attributable to the Fee Period, are approved on a final basis.

6. The Court retains jurisdiction with respect to all matters arising from or related to the
implementation of this Order.

Enter:

Honorable Jacqueline Cox

United States Bankruptcy Judge

Dated: **NOV - 7 2017**

**Prepared by:**

David J. Fischer

Phillip W. Nelson

LOCKE LORD LLP

111 South Wacker Drive

Chicago, Illinois 60606

Telephone: 312-443-0700

Facsimile: 312-443-0336

david.fischer@lockelord.com

phillip.nelson@lockelord.com